UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -4 PM 4:16

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Angel Fernando MARTIN-Luna, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

'08 MJ 2725

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2008** within the Southern District of California, defendant, **Angel Fernando MARTIN-Luna,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jacob Sanchez
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

9/2/08

CONTINUATION OF COMPLAINT:
Angel Fernando MARTIN-Luna

## PROBABLE CAUSE STATEMENT

On September 2, 2008, at approximately 9:00 PM, Border Patrol Agent N. Serna was conducting Border Patrol operations in an area known as "Campo's Ditch." This area is approximately four miles west of the San Ysidro, California Port of Entry and 100 yards north of the United States / Mexico International Boundary. Agent Serna heard a group of individuals whispering to each other walking northbound towards him in the ditch. Due to the time of day, and the fact that this area is commonly used by undocumented immigrants to further their illegal entry into the United States, Agent Serna identified himself as a Border Patrol Agent and conducted an immigration inspection of each of the subjects. Each of the subjects, including one later identified as the defendant **Angel Fernando MARTIN-Luna**, admitted to being citizens and nationals of Mexico, and none were in possession of any immigration documents that would allow them to enter or remain in the United States legally. Agent Serna arrested each of the subjects, including **MARTIN**, at approximately 9:10 PM and arranged for transportation to the Imperial Beach Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 23, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.